UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 7, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC MICHAEL SMITH,

    Defendant.

Case No. 3:20-MJ-00011-DMC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __ERIC MICHAEL SMITH__, Case No. __3:20-MJ-00011-DMC__ Charge __18:1855; 18:1856__, from custody for the following reasons: for the following reasons:

    \_\_\_\_\_ Release on Personal Recognizance

    __X__ Bail Posted in the Sum of $ _____

        __X__ Unsecured Appearance Bond $ __50,000 (co-signed)__

        \_\_\_\_\_ Appearance Bond with 10% Deposit

        \_\_\_\_\_ Appearance Bond with Surety

        \_\_\_\_\_ Corporate Surety Bail Bond

        __X__ (Other): __USM shall release Defendant on 8/10/20, at 9:00 a.m. to third party custody Larry Smith. With pretrial supervision and conditions of release as stated on the record in court.__

Issued at Sacramento, California on August 7, 2020 at 2:46 p.m.

Dated: August 7, 2020

_/s/ Deborah Barnes_
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE