1  MCGREGOR W. SCOTT
   United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:20-CR-00187-KJM

12                      Plaintiff,          STIPULATION AND ORDER RE SUBMISSION
                                            OF ELECTRONIC SIGNATURES
13                      v.

14  ERIC MICHAEL SMITH,

15                      Defendant.

16

17                          **STIPULATION**

18        Plaintiff United States of America (the "government"), by and through its attorney of record, and

19  defendant Eric Michael Smith, both individually and by and through his counsel of record, hereby

20  stipulate as follows:

21        1.      Pursuant to court order, the defendant is presently residing in a residential treatment

22  program at Wellspace.  ECF No. 7; ECF No. 10.

23        2.      Obtaining actual signatures from the defendant would be both impracticable and

24  imprudent in light of safety measures in place there to combat the COVID-19 public health pandemic.

25        3.      The defendant has consulted with his counsel regarding this stipulation and the use of

26  counsel's electronic signature to file documents on the defendant's behalf.

27  ///

28  ///

STIPULATION AND [PROPOSED] ORDER RE SUBMISSION          1
   OF ELECTRONIC SIGNATURES

1    4.    Pursuant to General Order 616, the defendant consents to his counsel signing any

2  document in this case on his behalf using defense counsel's electronic signature.

3

4    IT IS SO STIPULATED.

5

6   Dated: October 13, 2020                    McGREGOR W. SCOTT
                                               United States Attorney
7

8                                              /s/ SAM STEFANKI
                                               SAM STEFANKI
9                                              Assistant United States Attorney

10

11  Dated: October 13, 2020                    /s/ DOUGLAS BEEVERS
                                               DOUGLAS BEEVERS
12                                             Counsel for Defendant
                                               ERIC MICHAEL SMITH
13

14

15

16                          **FINDINGS AND ORDER**

17    IT IS SO FOUND AND ORDERED:

18  Dated: October 14, 2020

19

20

21                                             DEBORAH BARNES
                                               UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE SUBMISSION      2
OF ELECTRONIC SIGNATURES