HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
ERIC SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC SMITH<br><br>Defendant. | Case No. 2:20-cr-00187-KJM<br><br>STIPULATION AND [PROPOSED] ORDER TO MODIFY SPECIAL CONDITIONS OF RELEASE |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip Talbert, through Assistant United States Attorney Samuel Stefanki, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Douglas Beevers, counsel for Mr. Smith, that Condition #17 on Mr. Smith's special conditions of release be amended to set a curfew from 8:00 pm to 7:00 am.

Mr. Smith was released on August 7, 2020 following his Detention Hearing. See Dkt. 8. Since that time he has been supervised by the Pretrial Services Office in the Eastern District of California. Mr. Smith has been compliant with all release conditions so far, including his home confinement condition, condition #17. Mr. Smith successfully completed the Wellspace treatment program in November 2020 while on home confinement.

Mr. Smith now requests that Condition #17 be amended to allow him to remove the home confinement and replace it with a curfew.

The amended condition would read as follows:

**17. CURFEW: You must remain inside your residence every day from 8:00 PM to 7:00 AM, or as adjusted by the pretrial services officer for medical, religious services, employment, or court-ordered obligations**

All other conditions will remain in place. Pretrial Services officer Ali Mirgain has no objections to this amendment.

Dated: July 30, 2021

          HEATHER E. WILLIAMS
          Federal Defender

          */s/ Douglas Beevers*
          DOUGLAS BEEVERS
          Assistant Federal Defender
          Attorney for Defendant
          ERIC SMITH

Dated: July 30, 2021

          PHILLIP A. TALBERT
          Acting United States Attorney

          */s/ Samuel Stefanki*
          SAMUEL STEFANKI
          Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

DATED: July 30, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE