HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
ERIC SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00187-KJM |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO MODIFY SPECIAL CONDITIONS OF RELEASE |
| ERIC SMITH | |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip Talbert, through Assistant United States Attorney Samuel Stefanki, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Douglas Beevers, counsel for Mr. Smith, that Condition #3 on Mr. Smith's special conditions of release be dropped from the conditions of release.

Mr. Smith was released on August 7, 2020 following his Detention Hearing.  See Dkt. 8. Since that time he has been supervised by the Pretrial Services Office in the Eastern District of California.  Mr. Smith has been compliant with all release conditions so far, his drug tests have all been clean, he has been attending school, and continues in counseling.  Unfortunately, the named 3rd party custodian, Larry Smith, has passed away due to a sudden an unexpected heart attack.

Mr. Smith now requests that Condition #3 be dropped from his conditions of release.

All other conditions will remain in place.  Pretrial Services officer Ali Mirgain has no objections to this amendment.

Dated:  October 18, 2021

            HEATHER E. WILLIAMS
            Federal Defender

            */s/ Douglas Beevers*
            DOUGLAS BEEVERS
            Assistant Federal Defender
            Attorney for Defendant
            ERIC SMITH

Dated:  October 18, 2021

            PHILLIP A. TALBERT
            Acting United States Attorney

            */s/ Samuel Stefanki*
            SAMUEL STEFANKI
            Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

Dated: October 19, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE