HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
ERIC SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> ERIC SMITH <br> Defendant. | Case No. 2:20-cr-00187-KJM <br><br> STIPULATION AND [PROPOSED] ORDER TO MODIFY SPECIAL CONDITIONS OF RELEASE |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip Talbert, through Assistant United States Attorney Samuel Stefanki, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Douglas Beevers, counsel for Mr. Smith, that Condition #3 on Mr. Smith's special conditions of release be modified from the custodian being his father Larry Smith, to his mother Cherryl Smith

Mr. Smith was released on August 7, 2020 following his Detention Hearing.  See Dkt. 8. Since that time he has been supervised by the Pretrial Services Office in the Eastern District of California.  Mr. Smith has been compliant with all release conditions so far, his drug tests have all been clean, he has been attending school, and continues in counseling.  Unfortunately, the named 3rd party custodian, Larry Smith, has passed away due to a sudden an unexpected heart attack.  Mr. Smith now requests that his mother Cherryl Smith take the place of the 3rd party custodian.

1   All other conditions will remain in place. Pretrial Services officer Ali Mirgain has no
2   objections to this amendment.

Dated:  March 2, 2022

> HEATHER E. WILLIAMS
> Federal Defender
>
> */s/ Douglas Beevers*
> DOUGLAS BEEVERS
> Assistant Federal Defender
> Attorney for Defendant
> ERIC SMITH

Dated:  March 2, 2022

> PHILLIP A. TALBERT
> United States Attorney
>
> */s/ Samuel Stefanki*
> SAMUEL STEFANKI
> Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

DATED: March 2, 2022

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge