HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
ERIC SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:20-cr-00187-KJM |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY MODIFY SPECIAL CONDITIONS OF RELEASE** |
| ERIC SMITH | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip Talbert, through Assistant United States Attorney Samuel Stefanki, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Douglas Beevers, counsel for Mr. Smith, that Condition #16 pertaining to location monitoring be removed temporarily to allow Mr. Smith to receive medical care (MRI) on Thursday, December 1, 2022.

Mr. Smith has provided medical documentation to Pretrial Supervision Officer Renee Basurto regarding necessity to have the location monitor removed in order to have the MRI done. The location monitor will be removed on Wednesday, November 30 before the close of business and put back on Mr. Smith by 2:00pm on Friday, December 2, 2022.

All other conditions will remain in place.  Pretrial Services officer Basturo and Assistant United States Attorney Stefanki have no objections to this temporary modification.

//

Dated: November 29, 2022

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
ERIC SMITH

Dated: November 29, 2022

PHILLIP A. TALBERT
United States Attorney

*/s/ Samuel Stefanki*
SAMUEL STEFANKI
Assistant United States Attorney

# **O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

DATED: November 30, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE