HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
ERIC SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ERIC SMITH <br><br> Defendant. | Case No. 2:20-cr-00187-KJM <br><br> ORDER <br><br> Judge: Hon. Kimberly Mueller |

**IS HEREBY ORDERED** that the Request to seal Mr. Smith's medical records be granted so that the confidential personal information it contains is not available on the public docket. The release plan is to be provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

Dated: February 21, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

-1-